Erle E. French, People of State of Illinois for Use of Erle E. French, Plaintiffs-Appellants, v. J. Lisle Laufer, Byron R. Scott, and The Travelers Indemnity Company of Hartford, Connecticut, Defendants-Appellees.

Gen. No. 10,640.

Simpson & Simpson, and J. M. Bartley, for appellants; J. P. Simpson, and J. M. Bartley, of counsel; Carleton A. Shults, and John C. Friedland, and James A. Powers, for appellees; John C. Friedland, and James A. Powers, of counsel: Opinion by JUSTICE WOLFE. **Not to be published in full.** Opinion filed December 30, 1952; released for publication January 16, 1953.